Wood Harmon Warranty Corporation, Respondent, v. Plandome Construction Company and Others, Defendants. Barnet W. Rod Company and Mayer Malbin, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

Max J. Annenberg and Another, Respondents, v. The Ebling Brewing Company, Appellant.— Application denied, with ten dollars costs.

Theodore A. Crane's Sons Company, Respondent, v. Seaboard Equipment Corporation, Appellant.—Application denied, with ten dollars costs.

Max Kuriloff and Others, Respondents, v. Louis Halperin and Another, Appellants, and Another, Defendant.—Application denied, with ten dollars costs.

Ludwig Obermeyer, Appellant, v. William J. Wilkening, Respondent. — Application denied, with ten dollars costs.

Jennie Hazel, etc., Respondent, v. Golden Eagle Association, Appellant. — Application denied, with ten dollars costs.

Samuel London, Respondent, v. Leopold Brand, Appellant.— Application denied, with ten dollars costs.

Samuel Jarmulofsky, Appellant, v. Samuel Kushin, Impleaded with Another, Respondent. — Application denied, with ten dollars costs.

---

THIRD DEPARTMENT, MAY, 1916.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DELL KINGSLEY, Appellant.

Appeal from a judgment of conviction of the County Court of Warren county, rendered on the 23d day of June, 1915.

Judgment of conviction affirmed, the court finding no prejudicial error calling for a reversal of the conviction under section 542 of the Code of Criminal Procedure. All concurred, except Kellogg, P. J., who dissented in memorandum, in which Howard, J., concurred.

KELLOGG, P. J. (dissenting): It was reversible error to receive, over the defendant's objection, the evidence of Mrs. May that her sister, the complainant, after she discovered her pregnancy, two months after the alleged offense, stated to her that the defendant was responsible for her condition. (*Baccio* v. *People,* 41 N. Y. 265; *People* v. *Clemons,* 37 Hun, 580; *People* v. *O'Sullivan,* 104 N. Y. 481; *People* v. *Friedman,* 139 App. Div. 795.) Howard, J., concurred.